# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST JOHN ESQUIBEL, ) | No. CV 07-2087-ABC(CW) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| KEITH FRY, et al., ) | |
| Defendants. ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:  4/7/2010

_____
AUDREY B. COLLINS
Chief United States District Judge

1